**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01106-CR
No. 05-14-01107-CR

**DEWAYNE KEITH FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-63186-M, F10-51689-M**

## ORDER

Appellant's June 1, 2015 unopposed motion to recommence the briefing timetable is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **June 26, 2015**.

/s/    LANA MYERS
       JUSTICE